IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr200-MHT |
| SCOTTIE T. GLENN | ) | (WO) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr48-MHT |
| MICHAEL SMITH, | ) | (WO) |
| MATTHEW DAVIDSON, and | ) | |
| JOSEPH SANDERS | ) | |

ORDER

Because of the complexity of the sentencing issues that might be presented, it is ORDERED that the briefing should instead be as follows as to **all four defendants**:

(1) The government is to file its briefs for each defendant by September 9, 2013.

(2) Each defendant is to file his brief by September 12, 2013.

(3) The government is to file its replies by September 16, 2013.  Also each defendant may file a cross-response to another defendant's brief by September 16, 2013.

DONE, this the 9th day of July, 2013.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE