IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr48-MHT |
| | ) | (WO) |
| **MICHAEL SMITH** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Michael Smith's motion to withdraw (doc. no. 455) is granted.

(2) Defendant Smith's motion for relief, including to vacate conviction and hold a new trial (doc. no. 477), is withdrawn.

DONE, this the 19th day of July, 2013.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE